# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DANDRIDGE,<br><br>        Plaintiff,<br><br>   v.<br><br>LUCAS GROUP EXECUTIVE SEARCH; and DOES 1-25, inclusive,<br><br>        Defendants. | Case No. CV 16-6804-GW(PLAx)<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: June 22, 2016<br>Trial Date: None<br>District Judge: Hon. George H. Wu<br>   Courtroom 10, Spring St.<br>Magistrate Judge: Hon. Paul L. Abrams<br>   Courtroom 934-G, Spring St. |

Plaintiff Eric Dandridge ("Plaintiff") and defendant Lucas Associates, Inc. dba Lucas Group (erroneously sued as "Lucas Group Executive Search") ("Defendant"), through their respective counsel, having submitted their Joint Stipulation for Dismissal of Entire Action with Prejudice, and for good cause shown, IT IS HEREBY ORDERED that the entire matter is dismissed with prejudice and each party shall bear his or its own costs and attorney fees.

**IT IS SO ORDERED**.

DATED: April 20, 2017

_____
Hon. George H. Wu
United States District Judge